UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

MARKIECE PALMER,

          Plaintiff,

v.

KARL ARNOLD, ESQ.,

          Defendant.

CASE NO.: 3:16-CV-00186-RCJ-WGC

O R D E R

      The Court has considered the Report and Recommendation of United States Magistrate (ECF #5) entered on August 3, 2016, in which the Magistrate Judge recommends the Court grant Plaintiff's IFP Application (ECF #4) directing the Clerk to File the Complaint (ECF #1-1) and dismiss the action. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

      ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #5).

      IT IS HEREBY ORDERED the Plaintiff's IFP Application (ECF #4) is GRANTED. The Clerk of the Court shall file the Complaint (ECF #1-1).

      IT IS FURTHER ORDERED that this action is DISMISSED.

      IT IS FURTHER ORDERED that The Clerk shall close this case.

      IT IS SO ORDERED this 24th day of August, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE